# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00192-PMP-LRL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ERICA CORONA, | ) | |
| Defendant. | ) | |

This date the Court received the attached letter dated January 20, 2011 from Defendant Erica Corona.  The letter is self-explanatory and seeks a modification of sentence.

**IT IS ORDERED that** the Clerk of Court shall forthwith provide Defendant Corona's letter to counsel for Plaintiff and Defendant for filing of any motions they deem appropriate.

DATED: March 16, 2011.

PHILIP M. PRO
United States District Judge

January 20, 2011

Judge Philip M. Pro
333 Las Vegas Blvd. South
Las Vegas, NV 89101
U.S Courthouse US District Court

Erica Corona # 41345-048
Federal Correctional Institution
Route 37 Danbury Ct. 06811

Esteemed Judge,
    I was sentenced on March 10, 2008,
and I was not given the two-points off
(safety valve) from my 81 months, even-
though I had no type of enhancement.
I would like to know if it is possible to
have those points reduced from my sentence
at this point.
    Please notify me if you need

ona # 41345-048
Correctional Institution

, Ct 06811

STAMFORD CT 069

14 MAR 2011 PM 24 T

Philip M. Pro
U.S. District Judge
U.S. Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

89101+7065